Burt Smith
Reg. No. 25379-380
P.O. Box 5000
Greenville, IL.
62246

IN THE

UNITED STATES DISTRICT COURT

ABILENE DIVISION


Burt Smith,

Movant - Petitioner,                    CIVIL ACTION NO.

vs.

Rolling Plains DTN CTR. ct, al.,  **1-20 CV‾182  H**

Respondent - Defendant,


COMPLAINT


I.

JURISDICTION AND VENUE


1.   This is a civil action authorized by
42 USC, Sect. 1983 to redress the dep-
rivation, under color of state law, or/
of rights secured by the CONSTITUTION of the
United States. The court has jurisdiction
under 28 USC, Sect. 1331 and 1343(a)(3).
        Plaintiff Burt Smith **SEEKS** declaratory
relief pursuant to 28 USC, Sect. 2201
and 2202. Mr. Smith claims for inj-
unctive relief are authorized by 28
USC, Sect. 2283 and 2284 and Rule 65(a)
of the Fed. R. Civ. P..


2.   The U.S.D.C. N.D. Texas is an
appropiate venue under 28 USC, Sect. 1391
(b)(2) because it is where the events

1

2

GIVING RISE TO THIS CLAIM OCCURRED.


## II.
## PLAINTIFF - MOVANT


3. PLAINTIFF, MR. SMITH IS AND WAS AT
ALL TIMES MENTIONED HEREIN A FEDERAL
DETAINEE / PRISONER IN U.S. MARSHALL'S CUSTODY
HOUSED AT ROLLING PLAINS DETENTION CENTER
IN OR AROUND ABILENE TEXAS MAY 12, 2020.

4. PLAINTIFF MR. SMITH IS AND WAS AT
ALL TIMES MENTIONED HEREIN IN UNITED
STATES CUSTODY PENDING FEDERAL COURT
PROCEEDINGS. ROLLING PLAINS DTN. CTR. IS
APPOINTED / DEPUTIZED BY AND THROUGH THE
UNITED STATES TO HOUSE / DETAIN FEDERAL
DEFENDANT(S). i.e. MR. SMITH.


## III.
## DEFENDANTS - RESPONDENTS


5. DEFENDANT, i.e. DFT. WARDEN BENNET
IS LEGALLY RESPONSIBLE FOR THE OPERATION
OF ROLLING PLAINS DTN. CTR. AND THE WELFARE
OF ALL INMATES HOUSED AND DETAINED
THEIR, IN OR AROUND ABILENE, TX~.

6. DEFENDANT, i.e. DFT. HSA SHAGINAW,
(HSA) HEALTH SERVICE ADMINISTRATOR AT
ROLLING PLAINS DTN. CTR. IS RESPONSIBLE FOR
INMATES HEALTH CARE, i.e. HEALTH CARE
PROVIDER, IN OR AROUND ABILENE, TX..

3

7.   DEFENDANT, i.e. DFT. RN KING is REGISTERED NURSE AT ROLLING PLAINS DTN. CTR. IN OR AROUND ABILENE, TX...

8.   DEFENDANT, i.e. DFT. JANE DOE AT HASKELL MEMORIAL HOSPITAL, AN EMPLOYEE AT EMERGENCY ROOM IN OR AROUND ABILENE, TX...

9.   EACH DFT. IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY OR HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DFT. ACTED IN COLOR OF STATE LAW.

## IV.
## FACTS

10.   ON MAY 12  PLAINTIFF SMITH COMPLAINED TO LT. BLACKBURN [SMITH HAD CHEST PAINS] AND WAS IN SEVERE "PAIN", AND HAD TROUBLE BREATHING.

11.   SMITH WAS ESCORTED TO LT'S OFFICE AND MEDICAL WAS SUMMONED AND CONDUCTED BLOOD PRESSURE TEST.

12.   SMITH WAS TOLD THERE WAS NOTHING WRONG AND ESCORTED/RETURNED TO HIS ASSIGNED CELL.

13.   MAY 13,  SMITH COMPLAINED TO (CO) CORRECTIONAL OFFICER NUMEROUS OCCASIONS HE HAD SEVERE CHEST PAINS. (CO) CONTACTED MEDICAL... MEDICAL NEVER RESPONDED.

4

14.    MAY 14,    SMITH  ALERTED (CO)
NUMEROUS TIMES  HE  HAD  CHEST PAINS  AND
HAVING  BREATHING  PROBLEMS.

15.  (CO) ESCORTED  SMITH  TO  MEDICAL
DPT.  AND  SMITH  FAINTED.

16.   MEDICAL  STAFF  WAS  SUMMONED  AND
BROUGHT  WHEEL  CHAIR  TO  SMITH  AND
WHEELED  SMITH  TO  ROLLING  PLAINS  DTN.
CTR.  MEDICAL  DPT.

17.    BLOOD  PRESSURE  ANALYSIS  WAS
CONDUCTED  AND  READ  SMITH'S  BLOOD
PRESSURE  NORMAL.

18.    I  WAS  TOLD  I  WOULD  BE  KEPT
IN  AN  OBSERVATION  CELL  OVERNIGHT  AND
SEEN  BY  A  DOCTOR  ON  MAY 15,  AND
THE NURSE  REQUESTED  CHEST  X-RAY.

19.    MAY 16,    EARLY  MORNING  A.M.
HOURS  COMPLAINED  TO  (CO)  CHEST  PAINS.
NO RESPONSE.

20.    MAY 17,    COMPLAINED  TO  (CO)
HAD  CHEST  PAINS  AND  BREATHING  PROBLEMS.
MEDICAL  CONDUCTED  BLOOD  PRESSURE  AND
INDICATED  WAS  HIGH  BLOOD  PRESSURE.
NO  MEDICAL  PROVIDED,  DENIED  ACCESS  TO
HOSPITAL  EMERGENCY  ROOM.

21.   MAY 18,   COMPLAINED TO (CO)
SMITH HAD CHEST PAINS AND TROUBLE
BREATHING. NO RESPONSE FROM MEDICAL.

22.   MAY 19,   05:00 A.M.
AWAKEN WITH SEVERE CHEST PAINS AND
BREATHING ISSUES.

23.   ESCORTED TO ROLLING PLAINS DET.
CTR. MEDICAL DPT. BLOOD PRESSURE
AND AN EKG WAS PERFORMED. WAITED
IN MEDICAL DPT. FOR 5 1/2 HOURS.

24.   AFTER 5 1/2 HOURS WAITING IN
MEDICAL DPT. SMITH WAS TRANSPORTED
TO LOCAL HOSPITAL AND CONDUCTED AX
X-RAY.

25.   SMITH WAS RETURNED TO DTN.
CTR.

26.   MAY 20,   12:30 A.M. COMPLAINED
TO (CO) CHEST AND BREATHING PAINS AND ESC-
ORTED TO DTN. MEDICAL DPT.
    HSA SHABINAW CALLED HASKELL
MEMORIAL HOSPITAL AND TALKED WITH AN
REPRESENTATIVE. (HSA) GAVE HER INSTRUCTIONS
ON HOW TO LOOK UP/RESEARCH RESULTS
ON SMITHS X-RAYS.
    HOSPITAL (REP) REPRESENTATIVE INSTRUCTED
(HSA) IT WAS LUNG INFLAMATION OR THE
MUSCLE WALL ON SMITHS RIBS.

6

29.    HSA SHABINAW THEN INSTRUCTED
RN KING WHAT SMITH HAD/SYMPTOMS
AND PREPARED A SHOT UNKNOWN AND
ADMINISTERED 2 UNKNOWN PILLS/PRESCRIPTION(S)
AND ESCORTED/RETURNED TO MY ASSIGNED
CELL AT ROLLING PLAINS DTN. CTR..

28.    AS I WAS WALKING TO MY ASSIGNED
HOUSING UNIT, I COULD NOT BARELY WALK
DUE TO BEING IN PAIN.

29.    (CO) MRS. PEREZ ASKED IF I
NEEDED AN WHEEL CHAIR, AND I (SMITH)
STATED...YES.

30.    MAY 20,    CHEST PAINS AND
BREATHING ISSUES CONTINUED AND WORSENED.

31.    MAY 21,    9:30 - 6:00 A.M.
MR. SMITH WAS FOUND "UNCONCIOUS"
IN HIS ASSIGNED HOUSING UNIT
AND TRANSPORTED TO EMERGENCY ROOM
AND AN (CT SCAN) INDICATED MR.
SMITH SUFFERED FROM [ INFLAMATION
ON THE HEART... CALLED PARACARDITIS ].

## V.
## EXHAUSTION OF LEGAL REMEDIES

32.    PLAINTIFF, MR. SMITH EXHAUSTED
HIS REMEDIES, AND IS NO LONGER DETAINED
IN STATE CUSTODY PURSUANT 42 USC, SECT.
1997(e).

33.    MR. SMITH WAS TRANSFERED FROM STATE DETENTION TO FEDERAL BUREAU OF PRISONS FCI GREENVILLE IL. P.O. BOX 5000; GREENVILLE, IL. 62246.

34.    MR. SMITH CANNOT NO LONGER PURSUE EXHAUSTION REMEDY(S) PURSUANT TO TITLE 42 USC, SECT. 1997 (e).

## VI.
### LEGAL CLAIMS

35.    PLAINTIFF REALLIGE AND INCORPORATE PARAGRAPHS 1-34.

36.    DFT. "BENNET - WARDEN" IS RESPONSIBLE FOR MR. SMITH'S HEALTH WHILE IN CUSTODY OF ROLLING PLAINS DTN. CTR..

37.    DFT. "RN KING" FAILED TO PROVIDE ADEQUATE HEALTH CARE AND MONITOR MR. SMITH'S HEALTH ISSUES DENIED MR. SMITH PROPER RESPONSE FROM HEALTH COMPLAINTS.

38.    DFT. "HSA SHABINAW" FAILED TO PROVIDE ADEQUATE HEALTH CARE AND MONITOR MR. SMITH'S HEALTH/VITALS. AND DENIED MR. SMITH EMERGENCY CARE FROM MAY 12, THROUGH MAY 21, 2020.

39.    PLAINTIFF MR. SMITH HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN.

PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANT(S) UNLESS THIS COURT GRANTS DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VII.
## PRAYER FOR RELIEF

WHEREFORE, MR. SMITH RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGEMENT:-

40. GRANTING SMITH A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

41. GRANTING SMITH COMPENSATORY DAMAGES IN THE AMOUNT OF $150,000.00 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

42. PLAINTIFF SMITH SEEK'S COMPENSATORY DAMAGES $75,000.00 AGAINST EACH DEFENDANT.

43. PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT $75,000.00. PLAINTIFF SEEKS THESE DAMAGES AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

44. PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

9

45.    PLAINTIFF SEEKS RECOVERY AND COSTS OF THIS SUIT, INCLUDING ANY ADDITIONAL ATTORNEY(S) COSTS.

46.    ANY ADDITIONAL RELIEF THE COURT DEEMS APPROPIATE, JUST, PROPER AND EQUITABLE.

DATE: _____,

RESPECTFULLY SUBMITTED,

BURT SMITH
# 25379-380
P.O. BOX 5000
GREENVILLE, IL. 62246

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS... ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TRUE AND CORRECT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT FCI GREENVILLE IL. ON 26th DAY OF August, TWO-THOUSAND AND TWENTY.

x Burt A Smith

BURT SMITH



Burt A. Smith # 25579-380
P.O. Box 5000
Federal Correctional Institution
Greenville, IL 62246

SAINT LOUIS 28 AUG 2020

RECEIVED
SEP - 1 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court Northern District of Texas
341 Pine St - Room 2008
Abilene, Texas 79601

Legal

79601-592808