UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BURT A. SMITH,
Institutional ID No. 25379-380

                  Plaintiff,

v.                                       No.  1:20-CV-00182-H

ROLLING PLAINS DETENTION
CENTER, *et al.*,

                  Defendants.

## NOTICE OF DEFICIENCY AND ORDER

Plaintiff filed a civil-rights complaint; however, he did not pay the filing fee or file an application to proceed *in forma pauperis* together with a certified copy of his inmate trust account.

The Court finds that Plaintiff should, within 20 days from the date of this order, pay the filing fee of $400.00[1] or file with the Clerk the following:

[ **X** ]    A signed application to proceed *in forma pauperis*;

[ **X** ]    A certified copy of his inmate trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his complaint, certified by one of the officers at the institution where Plaintiff is incarcerated;

[ **X** ]    A signed copy of the authorization portion of the certificate of inmate trust account form or a signed copy of any consent form or authorization that the institution having custody of Plaintiff requires to allow it to access a prisoner's inmate trust fund account, to collect funds from the account, and to pay those funds to the Clerk of the District Court.

---

[1] When a prisoner plaintiff has been granted leave to proceed *in forma pauperis*, a $350 filing fee will be deducted from the prisoner's account. *See* District Court Miscellaneous Fee Schedule. If the prisoner plaintiff has not been granted leave to proceed *in forma pauperis*, he must pay the $350 fee plus a $50 administrative fee, resulting in a total filing fee of $400. *See id.*

**Failure to file the required documents will result in a denial of *in forma pauperis* status and a dismissal of Plaintiff's complaint for want of prosecution without further notice, unless the filing fee of $400.00 is timely paid.**

The Court further finds that:

(1)    Service of process will be withheld pending judicial screening pursuant to 28 U.S.C. § 1915(e)(2).

(2)    No amendments or supplements to the complaint may be filed without prior Court approval.  A complete amended complaint must be attached to any motion to amend.

(3)    All discovery in this case is stayed until an answer is filed or until further order.

(4)    No motions for appointment of counsel may be filed until the Court has completed its screening pursuant to 28 U.S.C. § 1915(e)(2), which may include a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), or other proceedings deemed appropriate by the Court.

(5)    Plaintiff must promptly notify the Court of any change of address by filing a written notice of change of address with the Clerk.  Failure to file this notice may result in this case being dismissed for want of prosecution.

So ordered.

The Clerk will mail an application to proceed *in forma pauperis* and a certificate of inmate trust account with authorization to Plaintiff along with a copy of this order.

Dated September 4, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge

2