UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BURT A. SMITH,
Institutional ID No. 25379-380

                  Plaintiff,

v.

ROLLING PLAINS DETENTION
CENTER, *et al.*,

                  Defendants.

No. 1:20-CV-00182-H

## DEFICIENCY SHOW CAUSE ORDER

Plaintiff filed a civil-rights complaint. On September 4, 2020, this Court ordered Plaintiff to pay the filing fee of $400.00 or to file the following documents within 20 days from the date of that order:

[X]    A signed application to proceed *in forma pauperis*;

[X]    A certified copy of his inmate trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his complaint, certified by one of the officers at the institution where Plaintiff is incarcerated;

[X]    A signed copy of the authorization portion of the certificate of inmate trust account form or a signed copy of any consent form or authorization that the institution having custody of Plaintiff requires to allow it to access a prisoner's inmate trust fund account, to collect funds from the account, and to pay those funds to the Clerk of the District Court.

Plaintiff filed an application to proceed *in forma pauperis* and a certificate of his inmate trust account, but he did not sign the authorization to allow the Court to collect funds from his account. Thus, the Court finds that within 20 days of the date of this order, the Plaintiff must sign and return the authorization portion of the certificate of his inmate trust account or show cause why his complaint should not be dismissed for failure to comply with the Court's orders.

The Clerk is directed to send Plaintiff a copy of his certificate of inmate trust account (Dkt. No. 7, page 3) with a copy of this order, so that he may sign the required authorization. **If Plaintiff fails to comply with this order, the Court will dismiss this cause without further notice**.

So ordered.

Dated September 29, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge

2