UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BURT A. SMITH,
Institutional ID No. 25379-380

                    Plaintiff,

v.

ROLLING PLAINS DETENTION
CENTER, *et al.*,

                    Defendants.

No. 1:20-CV-00182-H

## ORDER TRANSFERRING THE CASE TO THE UNITED STATES MAGISTRATE JUDGE

The Plaintiff has been permitted to file his complaint and is acting pro se. After an initial review pursuant to 28 U.S.C. § 1915, the Court is of the opinion that this case should be transferred to the docket of the Honorable John R. Parker, United States Magistrate Judge, for further proceedings. This case shall now be numbered Civil Action No. 1:20-CV-00182-BU.

The Magistrate Judge shall conduct a hearing under the authority of *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). If the Magistrate Judge determines that it would not be feasible to conduct a *Spears* hearing, the Magistrate Judge shall utilize a questionnaire to develop the factual basis of Plaintiff's complaint pursuant to the authority of *Watson v. Ault*, 525 F.2d 886 (5th Cir. 1976).

The court notes that Plaintiff filed a document dated September 8, 2020, indicating that he is aware of the availability of the magistrate judge to exercise jurisdiction, but he does not consent to proceed before the Magistrate Judge as provided in 28 U.S.C. § 636(c). Plaintiff is entitled to withhold his consent without adverse substantive consequences, and

the Court will protect the voluntariness of that decision. But the Court may still reassign this case to the Magistrate Judge under 28 U.S.C. § 636(b) for purposes of preliminary screening or the management of other pretrial matters.

The Magistrate Judge shall order the transfer of this case back to the docket of this Court and file proposed findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636(b)(1) within 365 days from the date of this order.

So ordered.

Dated October 20, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge