IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BURT A. SMITH,                                §
Institutional ID No. 25379-380,               §
                                              §
              Plaintiff,                      §
                                              §
v.                                            §      Civil Action No. 1:20-CV-00182-BU
                                              §
ROLLING PLAINS DETENTION                      §
CENTER, *et al.*,                             §
                                              §
              Defendants.                     §

## <u>ORDER</u>

Now before the Court is a Motion to Extend Time to Produce Authenticated Records filed by Warden Judith Bennett, through counsel, on April 8, 2021. Dkt. No. 18.

The Court previously requested from the defendants authenticated and verified copies of any and all records pertaining to the specific allegations in Plaintiff's Complaint. *See* Dkt. No. 16. The Court ordered the defendants to provide these authenticated records on or before April 8, 2021. *Id*. at 3. Through this motion to extend time, the defendants request an additional 30 days to produce the authenticated records in this case.

Because the motion does not appear to be an attempt at causing unnecessary delay, the Court finds that the motion (Dkt. No. 18) should be GRANTED.

It is, therefore, ORDERED that the officials listed in this order shall provide the Court with authenticated and verified copies of any and all records pertaining to the specific allegation in Plaintiff's Complaint on or before **May 10, 2021**.

1

Any authorized custodian of the records of the respective entity must execute the attached Certification of Business Records (Certification) and attach the executed Certification to the records provided to the Court.

This order does not require action from Plaintiff. Plaintiff is admonished that filing documents in response to this order will likely delay the resolution of his claims.

ORDERED this 8th day of April, 2021.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BURT A. SMITH,<br>Institutional ID No. 25379-380, | §<br>§<br>§ |

2

|  |  |  |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-CV-00182-BU |
| | § | |
| ROLLING PLAINS DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATION OF BUSINESS RECORDS

My name is _____. I am over 18 years of age, of sound mind, capable of making this certification, and have personal knowledge of the facts herein stated:

1.    I am employed as the _____ by _____. I am the authorized custodian of the records at_____, and I have authority to certify its records.

2.    The records attached to this certification are true and correct copies of the original records of _____.

3.    The records attached to this certification were made at or near the time of the act, event, condition, opinion, or diagnosis recorded.

4.    The records attached to this certification were made by—or from information transmitted by—someone with knowledge of the act, event, condition, opinion, or diagnosis recorded.

5.    It was the regular practice of _____to make the records attached to this certification, and such records are kept in the course of regularly conducted activity at this business, organization, or entity.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
               (Date)                         _____
                                           Signature