IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BURT A. SMITH,                                    §
Institutional ID No. 25379-380,                  §
                                                 §
            Plaintiff,                           §
                                                 §
v.                                               §    Civil Action No. 1:20-CV-00182-BU
                                                 §
ROLLING PLAINS DETENTION                         §
CENTER, *et al.*,                                §
                                                 §
            Defendants.                          §

## ORDER

Now before the Court is a Second Motion to Extend Time to Produce Authenticated

Records filed by Rolling Plains Detention Center Warden Judith Bennett, through counsel,

on May 7, 2021. Dkt. No. 21.

In this motion, Bennett seeks an additional 22 days, or until June 1, 2021, to file the

authenticated records sought by the Court's March 9, 2021 Order for Authenticated

Records. *Id.* at 1. The Court previously granted Bennett's motion for a 30-day extension to

produce the authenticated records in this case. *See* Dkt. No. 19. Because this second motion

for extension does not appear to be an attempt at causing unnecessary delay, the Court finds

that the motion (Dkt. No. 21) should be GRANTED.[1]

---

[1]To the extent that counsel for Warden Bennett implies that the issuance of Findings, Conclusions, and a Recommendation by a United States magistrate judge recommending dismissal in a *different* case—even when dismissal is premised on a legal bar—obviates the need for compliance with an Order for Authenticated Records in *this* case, it does not. Unless and until the Court vacates the Order for Authenticated Records, compliance will be expected.

1

It is, therefore, ORDERED that the Rolling Plains Detention Center shall provide the Court with authenticated and verified copies of any and all records pertaining to the specific allegation in Plaintiff's Complaint on or before **June 1, 2021**.

Any authorized custodian of the records of the respective entity must execute the attached Certification of Business Records (Certification) and attach the executed Certification to the records provided to the Court.

This order does not require action from Plaintiff.  Plaintiff is admonished that filing documents in response to this order will likely delay the resolution of his claims.

ORDERED this 10th day of May, 2021.


_____

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BURT A. SMITH,<br>Institutional ID No. 25379-380,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROLLING PLAINS DETENTION<br>CENTER, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:20-CV-00182-BU |

## <u>CERTIFICATION OF BUSINESS RECORDS</u>

My name is _____. I am over 18 years of age, of sound mind, capable of making this certification, and have personal knowledge of the facts herein stated:

1. I am employed as the _____ by _____. I am the authorized custodian of the records at_____, and I have authority to certify its records.

2. The records attached to this certification are true and correct copies of the original records of _____.

3. The records attached to this certification were made at or near the time of the act, event, condition, opinion, or diagnosis recorded.

4. The records attached to this certification were made by—or from information transmitted by—someone with knowledge of the act, event, condition, opinion, or diagnosis recorded.

5. It was the regular practice of _____to make the records attached to this certification, and such records are kept in the course of regularly conducted activity at this business, organization, or entity.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
　　　　　　　(Date)

_____
　　　　　　　　Signature

3